AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANGELA NAILS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:21-cv-364

CAREY HILLIARD RESTAURANT, and THREE CAREY HILLIARD RESTAURANT EMPLOYEES,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 27, 2023, Plaintiff's Complaint is dismissed for her failure to comply with the Court's Order and her failure to post the required contempt bond. This case stands closed.

Approved by: _____

March 2, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020